IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **TRELVIN BYRD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-01144-BP |
| | § | |
| **DHANJU KUMAR,** | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

The Parties have filed a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 27. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that this case **is dismissed with prejudice**.

It is so **ORDERED** on **December 9, 2021**.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE